UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FINANCIAL FREEDOM SENIOR FUNDING CORPORATION,

          Plaintiff,

— against —

BELLETTIERI, FONTE & LAUDONIO, P.C.; ANTHONY BELLETTIERI, ROBERT FONTE; and TARA LAUDONIO,

          Defendants.

---

07 CV 3591

**RULE 7.1 STATEMENT OF FINANCIAL FREEDOM SENIOR FUNDING CORPORATION**

RECEIVED MAY 04 2007 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff Financial Freedom Senior Funding Corporation, by its attorneys, hereby certifies that it is a wholly-owned subsidiary of IndyMac Bank, F.S.B. which is a subsidiary of IndyMac Bancorp, Inc., a publicly held corporation.

Dated: New York, New York
      May 4, 2007

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000