UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: FELDMAN WEINSTEIN & SMITH LLP - 1569

---

FINANCIAL FREEDOM SENIOR FUNDING CORPORATION

Plaintiff(s)

- against -

BELLETTIERI, FONTE & LAUDONIO, P.C. ET AL

Defendant(s)

Index #: 07 CV 3591

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 6, 2007 at 09:25 AM at

LAW OFFICES OF MURRAY RICHMAN
2027 WILLIAMSBRIDGE ROAD 3RD FLOOR
BRONX, NY 10461

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, RULE 7.1.STATEMENT, JUDGE MCMAHON'S RULES, ELECTRONIC CASE FILING INSTRUCTIONS on ANTHONY BELLETIERI, BY SERVING MURRAY RICHMAN, AUTHORIZED AGENT FOR SERVICE OF PROCESS, the attorney therein named,

**SUITABLE AGE**   by delivering thereat a true copy/copies of each to MS. CRYSTAL QUIERENONGO a person of suitable age and discretion. Said premises is the attorney's actual place of business within the state. She identified herself as being AUTHORIZED to accept for the attorney.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 24 | 5'2 | 134 |

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the attorney at the attorney's actual place of business at

LAW OFFICES OF MURRAY RICHMAN
2027 WILLIAMSBRIDGE ROAD 3RD FLOOR
BRONX, NY 10461

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 7, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: June 7, 2007

| Linda Forman | Robin M. Forman | Larry Yee | **WILLIAM MORRISON** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 870436 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 482860 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |